IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  11-cv-00570-WYD-CBS

RUSSELL E. WYANT,

    Plaintiff,

v.

WATSON LABORATORIES, INC.,

    Defendant.

---

## ORDER OF DISMISSAL

---

    Upon review of Plaintiff's Motion to Dismiss, filed May 17, 2011, [ECF No. 5] and the file in this matter, it is hereby ORDERED that the motion is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE**, each party to pay his or its own costs and fees.

    Dated:  May 18, 2011

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                Chief United States District Judge