IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  11-cv-00570-WYD-CBS

RUSSELL E. WYANT,

    Plaintiff,

v.

WATSON LABORATORIES, INC.,

    Defendant.

## AMENDED ORDER OF DISMISSAL

Upon review of Plaintiff's Motion to Alter Judgment, filed May 18, 2011, [ECF No. 7] and the file in this matter, it is hereby ORDERED that the Motion to Alter Judgment and the Motion to Dismiss [ECF No. 5] are **GRANTED** and this matter is **DISMISSED WITHOUT PREJUDICE**, each party to pay his or its own costs and fees.

Dated:  May 18, 2011

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Chief United States District Judge