IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  11-cv-00570-WYD-CBS

RUSSELL E. WYANT,

    Plaintiff,

v.

WATSON LABORATORIES, INC.,

    Defendant.

**WITHDRAWAL OF ORDER OF DISMISSAL
AND
ORDER TO FILE REPLY**

This matter comes before the Court *sua sponte*.

On May 17, 2011, Plaintiff filed his Motion to Dismiss  [ECF No. 5].  The Court granted the dismissal with prejudice on May 18, 2011 [ECF No. 6]. Plaintiff quickly filed a Motion to Alter Judgment [ECF No. 7] which pointed out that he had requested that the dismissal be granted without prejudice.  That motion was also granted on May 18, 2011 [ECF No. 8] and the judgement was amended as requested.

Upon review of the file and Defendant's Brief in Opposition to both the Motion to Dismiss and the subsequent Motion to Alter [ECF No. 9], the Court now withdraws both the Order of Dismissal and the Amended Order of Dismissal.  Plaintiff shall file a reply to Defendant's responsive brief  [ECF No. 9] on or before June 1, 2011 at which point the

Court will then enter a ruling on the Motion to Dismiss.

Dated: May 19, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge