IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  11-cv-00570-WYD-CBS

RUSSELL E. WYANT,

      Plaintiff,

v.

WATSON LABORATORIES, INC.,

      Defendant.

---

## ORDER

---

      This matter comes before the Court on Plaintiff's Motion to Dismiss, filed May 17, 2011, [ECF No. 5] and Defendant's Motion for Leave to File Surreply, filed May 31, 2011 [ECF No. 12].   Defendant's surreply is accepted for filing.

      The posture of this motion has changed a great deal as the briefing has proceeded. Originally Plaintiff made a simple request for his complaint to be dismissed without prejudice.  The case was only filed in March of this year and Defendant had just barely filed its answer when the request to dismiss was received.

      It is now clear that Plaintiff wishes to dismiss his action so he can refile his claims in California State court.  Defendant is strongly opposed to this course of action as it would not be able to remove a California State court action to federal court, where it prefers to be. It requests that I only allow the dismissal with the provision that, if the cause of action is refiled, it be done in federal court.  Plaintiff opposes this condition.

"When considering a motion to dismiss without prejudice, 'the important aspect is whether the opposing party will suffer prejudice in the light of the valid interests of the parties.' " *Phillips USA, Inc.,  v. Allflex USA, Inc.*, 77 F.3d 354, 357 (10th Cir. 1996) quoting *Clark v. Tansy*, 13 F.3d 1407, 1411 (10th Cir.1993).

Defendant acknowledges that there are approximately 60 cases pending against it nationwide regarding the fentanyl patch.  It states that two dozen cases are pending in federal courts while many fewer are pending in the Superior Court of Orange County.

Based on the proliferation of fentanyl patch cases nationwide, Defendant has failed to show that it would be prejudiced by allowing Plaintiff the freedom to file his suit where he wishes.

It is, therefore, ORDERED that Plaintiff's Motion to Dismiss is Granted.  Plaintiff's complaint is Dismissed without Prejudice, each party to pay his or its own fees.

Dated:  June 30, 2011

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge